STATE of Missouri, Respondent,

v.

Ronald W. SMITH, Appellant.

No. WD 62779.

Missouri Court of Appeals, Western District.

April 20, 2004.

Irene C. Karns, Columbia, MO, for Appellant.

Andrea K. Spillars, Jefferson City, MO, for Respondent.

Before: LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Ronald W. Smith appeals his conviction for manufacturing a controlled substance, methamphetamine, in violation of section 195.211 RSMo 2000.

For the reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).